UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY EVANS | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| TWC ADMINISTRATION, LLC | ) | No. 5:15-CV-675-FL |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross motions for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 2, 2017, and for the reasons set forth more specifically therein, that the plaintiff's motion for partial summary judgment is DENIED, and defendant's motion for summary judgment is GRANTED.

**This Judgment Filed and Entered on November 2, 2017, and Copies To:**
David H. Harris, Jr. (via CM/ECF Notice of Electronic Filing)
Shalanna L. Pirtle (via CM/ECF Notice of Electronic Filing)
Stacy K. Wood (via CM/ECF Notice of Electronic Filing)

November 2, 2017          PETER A. MOORE, JR.
                          /s/ Sandra K. Collins
                          (By) Sandra K. Collins, Deputy Clerk